1

2

3

4

5

CLERK, U.S. DISTRICT COURT

JUL 1 8 2008

CENTRAL DISTRICT OF CALIFORNIA

6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8                         WESTERN DIVISION

| | |
|---|---|
| 9 MARIBEL JUAN DE DIOS, | ) CV 07-5242 GPS (RCx) |
| 10          Plaintiff, | ) Consolidated Cases: |
| 11    v. | ) CV 07-5247 GPS (RCx) |
| 12 INTERNATIONAL REALITY & INVESTMENTS, | ) CV 07-5250 GPS (Rcx)<br>) CV 07-5245 GPS (Rcx)<br>) CV 07-5258 GPS (Rcx) |
| 13          Defendant. | ) CV 07-5381 GPS (Rcx)<br>) CV 07-5312 GPS (Rcx) |
| 14 _____ | ) CV 07-5313 GPS (Rcx) ✓<br>) CV 07-5375 GPS (RCx) |
| 15 | ) |
| 16 | ) **JUDGMENT** |
| 17 | ) |
| 18 | ) |

19          In light of this Court's grant of summary judgment for Defendant, **IT IS HEREBY**

20 **ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing and judgment

21 is hereby entered for Defendant on all claims for relief.  Defendant may recover its costs.

22

23 **IT IS SO ORDERED.**

24

25 Dated this _18th_ day of July, 2008.

26

27

28                              GEORGE P. SCHIAVELLI
                              UNITED STATES DISTRICT JUDGE